1  Law Office of Keith J. Staten & Associates
   KEITH J. STATEN, Esq.
2  State Bar Number 164164
   1023 H Street, Suite A
3  Sacramento, CA 95814
   Phone: 916.443.5600
4  Fax: 916.443.5655

5  Attorney for JEANN MCDOUGALD

6

7

8              IN THE UNITED STATES DICTREICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                      )  Case No.: 2:09-cr-281-KJM
   UNITED STATES OF AMERICA,            )
12                                      )  AMENDED
              Plaintiff,                )  STIPULATION AND ORDER:
13                                      )  EXCLUSION OF TIME
         vs.                            )
14                                      )
   JEANN MCDOUGALD,                     )  DATE:    September 17, 2009
15                                      )  TIME:    10:00 a.m.
              Defendant.                )  JUDGE:  Kimberly J. Mueller
16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, MATTHEW C. STEGMAN, Assistant United States Attorney, attorney for

19  plaintiff, KEITH J. STATEN, attorney for defendant JEANN MCDOUGALD, that the

20  previously-scheduled trial confirmation hearing date of September 17, 2009, be vacated and the

21  matter set for trial confirmation hearing on November 19, 2009, at 10:00 a.m. with a trial date set

22  for December 14, 2009, at 10:00 a.m.

23        This continuance is requested to allow the parties to continue to perform investigation,

24  review discovery and prepare for trial.

25  ///

26  ///

27  ///

28  ///

1

1   Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act

2   from the date this stipulation is lodged, through December 14, 2009, should be excluded in

3   computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18

4   U.S.C. §3161(H)(8)(B)(iv) and Local Code T4.

5   Dated: September 16, 2009                          Respectfully submitted,

6                                                      /s/  Keith J. Staten
                                                       KEITH J. STATEN
7                                                      Attorney for Defendant
                                                       JEANN MCDOUGALD
8

9   Dated: September 16, 2009

10                                                     /s/ Mathew C. Stegman
                                                       MATTHEW C. STEGMAN
11                                                     Assistant U.S. Attorney
                                                       Attorney for Plaintiff
12

13                                      ORDER

14      IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C.

15   §3161(H)(8)(B)(iv) and Local Code T4.

16   Dated:  September 16, 2009.

17

18   U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28