```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
APRIL A. VAN DYKE
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-00281 KJM |
| | ) | |
| Plaintiff, | ) | Stipulation and Order to |
| | ) | Continue Trial Confirmation |
| v. | ) | Hearing and Jury Trial |
| | ) | |
| JEANN MCDOUGALD, | ) | Date: December 3, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| | ) | |

It is hereby stipulated and agreed between the United States and the defendant, JEANN MCDOUGALD, by and through his undersigned counsel, that the previously scheduled trial confirmation hearing date of December 3, 2009 and jury trial set for December 14, 2009, be vacated and a trial confirmation hearing be set for January 14, 2010 at 10:00 a.m. with a jury trial of February 1, 2010, at 10:00 a.m.

This continuance is requested to allow the government and defense further time to prepare for trial.

///

///

///

1

The parties agree that time may continue to be excluded from November 23, 2009 to February 1, 2010 pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), also known as Local Code T4, reasonable time to prepare.

DATED: November 23, 2009        BENJAMIN B. WAGNER
                                         United States Attorney

                             By:    /s/Mathew C. Stegman
                                   MATTHEW C. STEGMAN
                                   Assistant U.S. Attorney

DATED: November 23, 2009

                             By:    /s/Keith Staten
                                   KEITH J. STATEN
                                   Attorney for Defendant
                                   JEANN MCDOUGALD

<u>O R D E R</u>

IT IS SO ORDERED:

DATED: November 23, 2009.

                                   U.S. MAGISTRATE JUDGE