1  Law Office of Keith J. Staten & Associates
   KEITH J. STATEN, Esq.
2  State Bar Number 164164
   1023 H Street, Suite A
3  Sacramento, CA 95814
   Phone: 916.443.5600
4  Fax: 916.443.5655

5  Attorney for JEANN MCDOUGALD

6

7                   IN THE UNITED STATES DICTREICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        ) Case No.: 2:09-cr-281
                                    )
11          Plaintiff,              ) STIPULATION AND ORDER:
                                    ) EXCLUSION OF TIME
12                                  )
       vs.                          )
13                                  )
   JEANN MCDOUGALD,                 )
14                                  )
            Defendant.              )
15

16
       IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MATTHEW C. STEGMAN, Assistant United States
18
   Attorney, attorney for plaintiff, KEITH J. STATEN, attorney for
19
   defendant JEANN MCDOUGALD, that the previously-scheduled trial
20
   confirmation hearing date of February 25, 2010, be vacated and the
21
   matter set for trial confirmation hearing on May 17, 2010, at 10:00 a.m.
22
   with a trial date set for May 24, 2010, at 10:00 a.m.
23
       This continuance is requested to allow the parties to continue to
24
   perform investigation, review discovery and prepare for trial. In
25
   addition, Mr. Staten is in a jury trial in Sacramento Superior Court.
26
   ///
27
   ///
28

                                        1

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 24, 2010, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(H)(8)(B)(iv) and Local Code T4.

Dated: February 24, 2010                    Respectfully submitted,

/s/  Keith J. Staten
KEITH J. STATEN
Attorney for Defendant
JEANN MCDOUGALD

Dated: February 24, 2010

 /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(H)(8)(B)(iv) and Local Code T4.

Dated:  February 24, 2010.

_____
U.S. MAGISTRATE JUDGE

2