IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,	No. CR S-09-281 KJM

  vs.

JEANN McDOUGALD,

    Defendant.	<u>ORDER</u>

_____/

        Relying on Rule 12.2(c)(1)(B) of the Federal Rules of Criminal Procedure, the government has filed a motion for an order directing defendant to submit to a mental examination under 18 U.S.C. § 4242. The government states that defendant has provided a report from an expert witness relating to defendant's mental state at the time of the alleged offense.

        Under Rule 12.2(b), a defendant who "intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on . . . the issue of guilt . . . must – within the time provided for filing a pretrial motion or at any later time the court sets – notify an attorney for the government in writing and file a copy of the notice with the clerk." Defendant has not filed the required notice with the clerk or otherwise

1

1  sought leave to file the notice belatedly.  Accordingly, the court finds that the prerequisite for
2  ordering the defendant to undergo an examination has not been satisfied.
3             IT IS THEREFORE ORDERED that plaintiff's motion for an order directing
4  defendant to submit to an examination (docket no. 20) is denied without prejudice.
5  DATED:  February 25, 2010.

_____
U.S. MAGISTRATE JUDGE