```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-281 KJM |
|---|---|---|
| Plaintiff, | ) ) | Stipulation and Order to Continue Trial Confirmation |
| v. | ) ) | Hearing and Jury Trial |
| JEANN MCDOUGALD, | ) ) | Date: May 13, 2010 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between the United States and the defendant, JEANN MCDOUGALD, by and through his undersigned counsel, that the previously scheduled trial confirmation hearing date of May 13, 2010, and jury trial set for May 24, 2010, be vacated and a trial confirmation hearing be set for July 1, 2010 at 10:00 a.m. with a jury trial of July 12, 2010, at 10:00 a.m.

This continuance is requested because the matter has been referred to pretrial services for investigation to determine whether or not the defendant would be acceptable for pretrial diversion. The continuance would allow the government and defendant further time for the receipt of pretrial services recommendation.

1    The parties agree that time may be excluded from May 5, 2010,
2 to July 12, 2010, pursuant to Title 18, United States Code,
3 Section 3161(h)(7)(B)(iv), also known as Local Code T4, reasonable
4 time to prepare.  The interests of justice served by granting this
5 continuance outweigh the best interests of the public and the
6 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7 DATED: May 12, 2010                BENJAMIN B. WAGNER
                                     United States Attorney
8
9                                    By:  /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
10                                        Assistant U.S. Attorney

11

12 DATED: May 12, 2010                By:  /s/ Keith J. Staten
                                          KEITH J. STATEN
13                                        Attorney for Defendant
                                          JEANN MCDOUGALD
14

15                            O R D E R

16 IT IS SO ORDERED:

17 DATED: May 12, 2010.

                                     _____
                                     U.S. MAGISTRATE JUDGE

2