Law Office of Keith J. Staten & Associates
KEITH J. STATEN, Esq.
State Bar Number 164164
1023 H Street, Suite A
Sacramento, CA 95814
Phone: 916.443.5600
Fax: 916.443.5655

Attorney for JEANN MCDOUGALD

IN THE UNITED STATES DICTREICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>JEANN MCDOUGALD,<br><br>        Defendant. | Case No.: 2:09-cr-281<br><br>STIPULATION AND ORDER:<br>EXCLUSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW C. STEGMAN, Assistant United States Attorney, attorney for plaintiff, KEITH J. STATEN, attorney for defendant JEANN MCDOUGALD, that the previously-scheduled trial confirmation hearing date of July 1, 2010, be vacated and the matter set for trial confirmation hearing on July 8, 2010, at 10:00 a.m. with a trial date set for July 19, 2010, at 10:00 a.m.

    This continuance is requested to allow pretrial services the necessary time to complete a diversion report, as well as, to allow the parties the necessary time to review the report, investigate the findings, and prepare for trial if the report is deficient. Granting the continuance would meet the ends of justice and would outweigh the

1

interests of the public and defendant in this case under 18 USC 3161(h)(7)(A), because the continuance would facilitate resolution for the defendant without burdening the courts with a prolonged continuance.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 19, 2010, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(H)(7)(B)(iv) and Local Code T4.

Dated: June 29, 2010                     Respectfully submitted,

                                         /s/  Keith J. Staten
                                         KEITH J. STATEN
                                         Attorney for Defendant
                                         JEANN MCDOUGALD

Dated: June 29, 2010
                                         /s/ Heiko Coppola for
                                         MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

                            ORDER

  IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(H)(8)(B)(iv) and Local Code T4.

Dated:  June 29, 2010.


                                         _____
                                         U.S. MAGISTRATE JUDGE

2